UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TEVIN BIVINS,** | 2:10-CR-20397-TGB-VMM-4 |
| Petitioner, | |
| | HON. TERRENCE G. BERG |
| vs. | |
| **UNITED STATES OF AMERICA**, | |
| Respondent. | |

### ORDER EXTENDING TIME IN WHICH TO FILE PETITIONER'S REPLY

The petitioner having filed a motion for extension of time in which to file his reply, and the Court being fully advised in the premises, thereof,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time to file his reply be, and hereby is, **GRANTED**, and the petitioner's reply is to be filed on or before March 1, 2021.

Dated at Detroit, Michigan: January 13, 2021

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1